# PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2020

SEAN F. McAVOY, CLERK

DEFENDANT:  **JESUS MENDOZA**

TOTAL NO. COUNTS:  4

**Same Penalty applies to Counts 1 and 3.**

VIO:  **21 U.S.C. § 846, 841(a)(1), (b)(1)(A)(vi) and (viii) - Conspiracy to Distribute 50 Grams or More of Actual Methamphetamine and 400 Grams or more of Fentanyl (Count 1)**

VIO:  **21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2 - Distribution of 50 Grams or More of Actual Methamphetamine (Count 3)**

PENALTY:  **CAG not less than 10 years nor more than life; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862A.**

**IF DEFENDANT IS FOUND TO HAVE A PRIOR QUALIFYING DRUG CONVICTION, THE PENLTY FOR COUNTS 1 AND 3 BECOME:**

PENALTY:  **CAG not less than 15 years nor more than life; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862A.**

VIO:  **21 U.S.C. § 841(a)(1),(b)(1)(B)(vi) and 18 U.S.C. § 2 - Distribution of 40 Grams or more of Fentanyl (Count 2)**

PENALTY:  **CAG not less than 5 years nor more than life; and/or $5,000,000 fine; not less than 4 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862A**

**IF DEFENDANT IS FOUND TO HAVE A PRIOR QUALIFYING DRUG CONVICTION, THE PENLTY FOR COUNT 2 BECOMES:**

PENALTY: **CAG not less than 10 years nor more than life; and/or $5,000,000 fine; not less than 4 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862A.**

VIO: **21 U.S.C. § 841(a)(1),(b)(1)(C) and 18 U.S.C. § 2 Distribution of Fentanyl (Count 7)**

PENALTY: **CAG not more than 20 years; and/or $1,000,000 fine; not less than 4 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a**

Notice of Criminal Forfeiture Allegations: 21 U.S.C. § 853

CASE NO.  2:20-CR-61-RMP-2

AUSA INITIAL    SAV